# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMY VANNESSA OTZOY, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>RIGHT AT SCHOOL, LLC , et al.<br><br>          Defendant(s). | CASE NO. 2:25−cv−05815−SVW−SSC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO 41(A)(1)(a)(II)** |

Plaintiff Naomy Vannessa Otzoy ("Plaintiff") and Defendant Right At School, LLC ("Defendant") (collectively the "Parties") acting through their counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), in light of the settlement, have stipulated to the dismissal of the entire above-captioned with prejudice, with each Party to bear its own attorneys' costs and fees.

Upon consideration of the foregoing Stipulation, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above-captioned lawsuit is DISMISSED in its entirety with prejudice.  Each Party shall bear its own attorneys' fees and costs.

Dated:  May 7, 2026

The Honorable Judge Stephen V. Wilson
United States District Judge

2

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO
41(A)(1)(A)(II)

325748654v.1